# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIAM H. MORGAN III,<br>By and through WILLIAM H.<br>MORGAN IV, next of friend and<br>attorney-in-fact,<br><br>     Plaintiff,<br><br>-vs-<br><br>JUSTIN BROWN, Director of<br>Oklahoma Department of Human<br>Services; MELODY ANTHONY,<br>Director of Oklahoma Health Care<br>Authority,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-22-316-F<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

  The court is in receipt of the Notice of Death filed by plaintiff's counsel, advising that William H. Morgan III died on August 26, 2022. Doc. no. 21. With that notice, plaintiff's complaint and action for declaratory and injunctive relief appears to be moot and subject to dismissal without prejudice. *See*, Pecha by and through Pecha-Weber v. Lake, 700 Fed. Appx. 840, 841 (10th Cir. 2017) (unpublished decision cited as persuasive pursuant to 10th Cir. R. 32.1(A)) ("This case presents the question of whether a plaintiff's death moots his request for an injunction ordering certain officials of the State of Oklahoma to determine him eligible for Medicaid benefits. We answer yes."); *see also*, Estate of Schultz v. Brown, 846 Fed. Appx. 689, 695 (10th Cir. 2021) ("'[T]he dead are not susceptible to continuing or future harm. . . .'" "[T]he applicant's death cuts off any chance at prospective relief in federal court.") (quoting Pecha, 700 Fed. Appx. at 845).

2

If any party believes plaintiff's complaint and action is not moot, the party shall so advise by filing a written notice on or before September 21, 2022. If no written notice is filed within the time prescribed, the court will dismiss plaintiff's complaint and action for declaratory and injunctive relief without prejudice as moot.

IT IS SO ORDERED this 13th day of September, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

22-0316p005.docx